IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| HOMER E. PURDY,<br><br>         Plaintiff,<br><br>v.<br><br>METLIFE HOME LOANS, LINDBURG &<br>ASSOCIATES, JP MORGAN CHASE,<br>ETITLE INSURANCE AGENCY,<br><br>         Defendants. | **ORDER ADOPTING REPORT AND<br>RECOMMENDATION**<br><br><br>Case No. 1:16-cv-00028-JNP-EJF<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Evelyn J. Furse |

Before the court is a Report and Recommendation entered by Magistrate Judge Evelyn J. Furse on November 14, 2016. (Docket No. 7). The Magistrate recommends that the above captioned case be dismissed without prejudice for failure to serve under Federal Rule of Civil Procedure 4(m). The Magistrate's Report and Recommendation provided that any objections were to be filed within fourteen days of service. The time for response has expired and the court has received no objections from any party.

Based on the court's *de novo* review of the record, the relevant authorities, and Judge Furse's Report and Recommendation, the court concludes that the Report and Recommendation is a correct application of the law and facts. Accordingly, the court ORDERS as follows:

1. The Report and Recommendation (Docket No. 7) is ADOPTED IN FULL.

2. The above-captioned case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED this, the 12th day of January, 2016.

BY THE COURT:

JILL N. PARRISH
United States District Judge